UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LEILA AL-AMERI, Plaintiff, v. LOLO LLC, Defendant. | Case No. C26-3673-TL<br>ORDER TO SHOW CAUSE |

Plaintiff has filed an application to proceed *in forma pauperis* ("IFP") in the above-entitled action. (Dkt. # 8.) A district court may permit indigent litigants to proceed IFP upon completion of a proper affidavit of indigence. *See* 28 U.S.C. § 1915(a). "To qualify for *in forma pauperis* status, a civil litigant must demonstrate both that the litigant is unable to pay court fees and that the claims he or she seeks to pursue are not frivolous." *Ogunsalu v. Nair*, 117 F. App'x 522, 523 (9th Cir. 2004), *cert. denied*, 544 U.S. 1051 (2005). To meet the first prong of this test, a litigant must show that he or she "cannot because of his [or her] poverty pay or give security for the costs and still be able to provide him[ or her]self and dependents with the necessities of life." *Adkins v. E.I. DuPont de Nemours & Co.*, 335 U.S. 331, 339 (1948) (internal alterations omitted).

Plaintiff's IFP application shows that she is currently unemployed with an employed spouse earning approximately $7,397.00 per month. (Dkt. # 8 at 1.) In the past twelve months, she has received $9,720.00 in federal assistance and $54,000.00 in income from her spouse's employment. (*Id.*) She possesses approximately $1,800.00 in her checking account, lists no dependents, owns a vehicle valued at $18,250.00 with a $27,000.00 loan balance, reports $5,000.00 in credit card debt, and has monthly expenses of $4,235.00. (Dkt. # 8 at 1-2.) Given that Plaintiff's and her spouse's income and other savings exceed her disclosed expenses by a reasonable margin, Plaintiff's IFP application indicates that she has sufficient funds to afford the $405.00 filing fee. (*See id.*)

Accordingly, Plaintiff is ORDERED to pay the $405.00 filing fee or show cause by **December 3, 2026**, why this Court should not recommend the IFP application be denied. The Clerk is directed to re-note Plaintiff's IFP application (dkt. # 8) for **December 3, 2026**, and to send copies of this order to Plaintiff and to the Honorable Tana Lin.

Dated this 23rd day of November, 2026.

MICHELLE L. PETERSON
United States Magistrate Judge